MANUEL G. RODRIGUEZ, Appellant, *v.* WESTERN UNION TELEGRAPH COMPANY, Respondent.

Argued March 3, 1941; decided April 17, 1941.

*Murray M. Cowen* for appellant.

*John H. Waters* and *Francis R. Stark* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.